IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RONNIE LEE,

        Petitioner,                    No. CIV S-06-2872 DFL EFB P

    vs.

M.C. KRAMER, Warden, et al.,

        Respondents.              ORDER

                                 /

Petitioner, a state prisoner without counsel, seeks a writ of habeas corpus. *See* 28 U.S.C. § 2254.

Petitioner challenges the ruling of a prison disciplinary hearing at North Kern State Prison in Kern County. Therefore, this action should have been commenced in the district court in Fresno. Local Rule 3-120(d).

Accordingly, it is hereby ordered that:

1. This action is transferred to the district court in Fresno. *See* Local Rule 3-120(f).

2. The Clerk of Court shall assign a new case number;

/////

/////

/////

1     3. The new case number is _____. All future filings

2 shall bear the new case number and shall be filed at:

3         United States District Court
        Eastern District of California
4         2500 Tulare Street
        Fresno, CA 93721

6 Dated: March 19, 2007.

7         _____
        EDMUND F. BRENNAN
8         UNITED STATES MAGISTRATE JUDGE

2